UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWIN HERRERA,

        Plaintiff,

   v.

LIEUTENANT WALTERS, C/O STOUT and NURSE HARDY,

        Defendants.

Case No. 11-cv-810-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 1, plaintiff Edwin Herrera's claim against defendants Lieutenant Shane Walters and Andy Stout for excessive force in violation of the Eighth Amendment; and

- Count 2, plaintiff Edwin Herrera's claim against defendant Nurse Hardy for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

**DATED: April 22, 2013**        NANCY J. ROSENSTENGEL, Clerk of Court

        **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**